**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KACI C. MYERS,
Plaintiff(s),

vs.

UNITED STATES,
Defendant(s).

CIVIL ACTION FILE

NO. 1:19-cv-02486-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of Defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 13th day of June, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: s/R. Harris
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 13, 2022
Kevin P. Weimer
Clerk of Court

By: s/R. Harris
Deputy Clerk